# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALERIE BAINBRIDGE** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 09-4683 |
| **ACME MARKETS, INC.** | : | |
| Defendant. | : | |

## APPENDIX OF EXHIBITS TO DEFENDANT
## ACME MARKET, INC.'S MOTION FOR SUMMARY JUDGMENT

ELIZABETH A. MALLOY
JEFFREY F. KLAMUT
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA   19102-2555
(215) 665-8700

Attorneys for Defendant
Acme Markets, Inc.

Dated April 1, 2011

## TABLE OF EXHIBITS

*Deposition Transcripts*

| | |
|---|---|
| Exhibits A-1 to A-2 | Valerie Bainbridge Deposition Excerpts, April 20, 2010 |
| Exhibit B | Marianne Donaghue Deposition Excerpts, June 4, 2010 |
| Exhibit C | Stacy Slate Deposition Excerpts, Jun. 9, 2010 |
| Exhibit D | Martha Thornley Deposition Excerpts, May 21 2010 |
| Exhibit E | Kim Walsh Deposition Excerpts, May 25, 2010 |
| Exhibit F | Nicholas Miceli Deposition Excerpts,  June 16, 2010 |
| Exhibit G | Timothy Collier Deposition Excerpts, May 13, 2010 |
| Exhibit H | David Christmas Deposition Excerpts, June 16, 2010 |
| Exhibit I | Paul Dulski Deposition Excerpts, July 22, 2010 |

*Defendant's Exhibits From Deposition of Plaintiff*

| | |
|---|---|
| Exhibit J-1 | Defendant's Deposition Exhibits Nos. 1-5, 7-9, 11-14 |
| Exhibit J-2 | Defendant's Deposition Exhibits Nos. 20-22, 24, 26, 31, 36, 38, 39 |

*Plaintiff's Exhibits From Depositions of Defendant's Witnesses*

| | |
|---|---|
| Exhibit K-1 | Plaintiff's Deposition Exhibits Nos. 8, 18, 39, 43-44, 47, 48, 57 |
| Exhibit K-2 | Plaintiff's Deposition Exhibits Nos. 68, 73, 75, 77-78, 87, 97 |

*Defendant's Exhibits*

| | |
|---|---|
| Exhibit L | Redacted Excerpt to Defendant's Supplemental Response to Plaintiff's Interrogatory No. 16, April 26, 2010 |
| Exhibit M | Katlin Roegner New Hire Form, September 16, 2004 |
| Exhibit N | Thornley Counseling Conference Memos, May 2006 to May 2007 |
| Exhibit O | Redacted List of Union Employees Assigned to the West Chester Store from July 15, 2006 to December 31, 2008 |
| Exhibit P | Redacted List of UFCW Local 27 Represented Employees Who Terminated from Acme Between January 1, 2006 to December 31, 2008. |

#2989805-v1