*Attn: Ruth*

*Please docket per Ludwig, J.*

# Buchanan Ingersoll ▲ Rooney PC
### Attorneys & Government Relations Professionals

**Elizabeth A. Malloy**
215 665 5310
elizabeth.malloy@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
T 215 665 8700
F 215 665 8760
www.buchananingersoll.com

July 8, 2011

<u>VIA FACSIMILE #215-580-2142</u>
Honorable Edmund V. Ludwig
U. S. District Court for the
Eastern District of Pennsylvania
U. S. Courthouse
601 Market Street, Room 5118
Philadelphia, PA  19107

        Re:    <u>Valerie Bainbridge v. Acme Markets, Inc.</u>
                <u>USDC ED Pa., Civil Action No. 09-4683</u>

Dear Judge Ludwig:

        I am counsel to Defendant Acme Markets, Inc.  Motions for Summary Judgment by Defendant (on all counts) and Plaintiff (on one count) have been filed, and are presently pending before the Court.

        On July 7, 2011 Plaintiff filed a Motion for Sanctions for Spoliation of Relevant Evidence.  While Defendant believes the Motion for Sanctions is baseless, I write at this time only to address a timing issue which is in the discretion of the Court.

        Summary Judgment Motions have been filed and all other pretrial deadlines were adjourned by the Court's Order (Docket No. 23) dated July 29, 2010.  The Motion for Sanctions is a pretrial motion, as it seeks adverse inference jury instructions.  Plaintiff did not seek leave of Court to file the Motion for Sanctions.  It is a waste of judicial resources, as well as the parties' resources, to respond to the Motion for Sanctions at this time.

        Accordingly, Defendant requests that the Court strike the Motion for Sanctions (to be refiled later) or order that Defendant does not need to respond to the Motion for Sactions until 30 days after Defendant's Motion for Summary Judgment is decided, in the event that the case is not closed.

                                                        Respectfully submitted,

                                                         Elizabeth A. Malloy

EAM/smb
0070779-000024
cc:    Marian Schneider, Esquire

#3074115-v1