IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE BAINBRIDGE | : | CIVIL ACTION |
| v. | : | |
| ACME MARKETS, INC. | : | No. 09-4683 |

## **ORDER**

AND NOW, this 15th day of March, 2012, the following are denied:

- "Objections of Plaintiff Valerie Bainbridge to the July 15, 2011 Order of Magistrate Judge Caracappa on Plaintiff's Motion for Sanctions" (doc. no. 54).

- The objections set forth in "Defendant Acme Markets, Inc.'s Response to Plaintiff's Objections to Magistrate Judge Caracappa's Order of July 15, 2011" (doc. no. 55).

- The objections set forth in "Opposition of Plaintiff Valerie Bainbridge to Defendant Acme Markets, Inc.'s Untimely Appeal of Magistrate Judge Caracappa's Order of July 15, 2011" (doc. no. 56).

- "Defendant Acme Markets, Inc.'s Motion for Summary Judgment" (doc. no. 35).

- "Motion of Plaintiff Valerie Bainbridge for Partial Summary Judgment on Count III of Her Complaint for Unpaid Overtime Pursuant to the Fair Labor Standards Act" (doc. no. 36).

As to the defense of statute of limitations under the PHRA, §§ 43 P.S. 951-963 and the FLSA, 29 U.S.C. §§ 201-219, the factual records have not been fully developed and, therefore, these rulings will be reserved until trial.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.